United States Bankruptcy Court
District of Puerto Rico

IN RE:  
VILLANUEVA HERNANDEZ, NELSON  
Debtor(s)

Case No. 09-08276 SEK  
Chapter 13

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **12/16/2009**  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **500.00** x **60** = $ **30,000.00**  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  
$ ___ x ___ = $ ___  

TOTAL: $ **30,000.00**

Additional Payments:  
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:  
☐ Sale of Property identified as follows: ___  
☐ Other: ___

Periodic Payments to be made other than, and in addition to the above:  
$ ___ x ___ = $ ___

PROPOSED BASE: $ **30,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☑ Trustee pays secured ARREARS:  
Cr. **BANCO POPULAR D** Cr. ___ Cr. ___  
# **9771** # ___ # ___  
$ **9,840.77** $ ___ $ ___  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. **BBVA BANCO** Cr. ___ Cr. ___  
# **9257** # ___ # ___  
$ **3,054.49** $ ___ $ ___  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___  
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:  

5. ☐ Other:  

6. ☑ Debtor otherwise maintains regular payments directly to:  
**BANCO POPULAR D**  
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___  
☐ Paid 100% / ☐ Other: ___  
Cr. ___ Cr. ___ Cr. ___  
# ___ # ___ # ___  
$ ___ $ ___ $ ___  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*  
**See Continuation Sheet**

Signed: _____  
Debtor

_____  
Joint Debtor

Attorney for Debtor Marinyw Valdes Ortega Law Offices  
Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Rejected:** | **POPULAR AUTO** | | |

IN RE VILLANUEVA HERNANDEZ, NELSON  Case No. 09-08276 SEK
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**BEFORE CONFIRMATION ADEQUATE PROTECTION PAYMENT TO BBVA (AUTO LOAN) OF $ 60.00 BY THE TRUSTEE**

**INSURANCE TO BBVA THROUGH SSS AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $1,596.00 DISBURSEMENT TO SSS INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON DECEMBER 2009**

**DEBTOR PROVIDES FOR THE SURRENDERED OF THE PROPERTY IN FAVOR OF POPULAR AUTO FOR THE ACCOUNT ENDING NUMBER #1402**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NELSON VILLANUEVA HERNANDEZ

Debtor(s)

CASE NO.; 09-08276 SEK

CHAPTER 13 (ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **PLAN DATED 12/16/2009.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 16TH, day of December, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Alejandro Oliveras, Esq.,** US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA              POPULAR AUTO
0104-3                                   ANGEL VAZQUEZ BAUZA ESQ           VERONICA DURAN, ESQ.
Case 09-08276-SEK13                      PO BOX 191017                     PO BOX 366818
District of Puerto Rico                  SAN JUAN, PR 00919-1017           SAN JUAN, PR 00936-6818
Old San Juan
Wed Dec 16 09:27:58 AST 2009

US Bankruptcy Court District of P.R.     BANCO POPULAR DE PUERTO RICO      BANCO POPULAR DE PUERTO RICO
U.S. Post Office and Courthouse Building BANKRUPTCY DEPARTMENT             P.O. BOX 362708
300 Recinto Sur Street, Room 109         PO BOX 366818                     SAN JUAN, PR 00936-2708
San Juan, PR 00901-1964                  SAN JUAN PR 00936-6818


BBVA BANCO                               BUFETE JUAN H. SOTO SOLA          CITI USA
PO BOX 364745                            420 AVE. PONCE DE LEON            PO BOX 6241
SAN JUAN, PR 00936-4745                  STE 705                           SIOUX FALLS, SD 57117-6241
                                         SAN JUAN,, PR 00918-3407


DEPARTAMENTO DE HACIENDA                 DEPARTAMENTO DEL TRABAJO          FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9024140                           AVE. MUOZ RIVERA 505              PO BOX 9020192
OFICINA 424 B                            HATO REY, PR 00918-3352           SAN JUAN, PR 00902-0192
SAN JUAN, PR 00902-4140


(p)INTERNAL REVENUE SERVICE              POPULAR AUTO                      MARILYN VALDES ORTEGA
CENTRALIZED INSOLVENCY OPERATIONS        PO BOX 366818                     VALDES-ORTEGA
PO BOX 21126                             SAN JUAN, PR 00936-6818           P O BOX 195596
PHILADELPHIA PA 19114-0326                                                 SAN JUAN, PR 00919-5596


MONSITA LECAROZ ARRIBAS                  NELSON VILLANUEVA HERNANDEZ
OFFICE OF THE US TRUSTEE (UST)           VILLAS DE MONTE ATENAS
OCHOA BUILDING                           APT 1001
500 TANCA STREET SUITE 301               SAN JUAN, PR 00926
SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE. STOP 27 1/2
SAN JUAN, PR 00918-1693
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)VILLANUEVA HERNANDEZ, NELSON          (u)ALEJANDRO OLIVERAS RIVERA (DAT)    End of Label Matrix
                                         ALEJANDO OLIVERAS, CHAPTER 13 TRUSTEE Mailable recipients   16
                                                                               Bypassed recipients    2
                                                                               Total                 18
```