IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

NELSON VILLANUEVA HERNANDEZ

XXX-XX-4778

Debtor(s)

CASE NO. 09-08276 SEK

Chapter 13

FILED & ENTERED ON 04/11/2011

ORDER

Debtor's motion to set aside order dismissing the case filed on 03/10/2011(Docket No. 67) is DENIED for reasons stated in docket number 68.

SO ORDERED.

In San Juan, Puerto Rico, this April 11, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: DEBTOR (S)
   MARILYN VALDES ORTEGA
   ALEJANDRO OLIVERAS RIVERA (DAT)